615 A.2d 1309

PHILIPS BROTHERS ELECTRICAL
CONTRACTORS, INC., Appellant,

v.

PENNSYLVANIA TURNPIKE COMMISSION, William S. Corne-
lius, Director of Purchases, Pennsylvania Turnpike Commis-
sion, Howard Yerusalim, James F. Malone, James J. Dodaro,
Peter J. Chmiel, Frank A. Ursomarso, Pennsylvania Turnpike
Commissioners, Appellee.

Supreme Court of Pennsylvania.

Submitted May 4, 1992.

Decided Nov. 12, 1992.

Barbara Sumple–Sullivan, New Cumberland, for appellant.

Jacqueline Verney, Asst. Chief Counsel, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA,
PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

Order affirmed.